IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICKY LEE TRATE,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **CAROLYN A. COLVIN,**<br>　　　　**Defendant.** | **NO. 15-2106** |

# O R D E R

**AND NOW**, this 26th day of May, 2016, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review is **DENIED**.

3. **JUDGMENT IS ENTERED** in this matter in favor of defendant.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　/s/ Wendy Beetlestone

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**